No. 297.   GREAT NORTHERN RAILWAY CO. *v.* UNITED
STATES ET AL.   Appeal from the United States District
Court for the District of Minnesota.   Probable jurisdic-
tion noted.   *Louis E. Torinus, Jr.* and *Anthony Kane* for
appellant.   *Solicitor General Rankin, Acting Assistant
Attorney General Bicks, Richard A. Solomon, John H. D.
Wigger, Robert W. Ginnane* and *Francis A. Silver* for the
United States et al., and *Samuel J. Wettrick* for Centen-
nial Mills, Inc., appellees.

No. 164.   LEVINE *v.* UNITED STATES.   Petition for writ
of certiorari to the United States Court of Appeals for the
Second Circuit granted limited to Questions No. 1 and
No. 2 presented by the petition which read as follows:

"1. Whether the secrecy of the proceedings, including
the adjudication and sentence for contempt under Rule
42 (a) of the Federal Rules of Criminal Procedure, de-
prived petitioner of Due Process of Law in violation of the
Fifth Amendment to the United States Constitution.

"2. Whether the secrecy of the proceedings and of the
adjudication and sentence of petitioner for criminal con-
tempt under Rule 42 (a) of the Federal Rules of Criminal
Procedure deprived petitioner of a public trial as re-
quired by the Sixth Amendment to the United States
Constitution."

*Myron L. Shapiro* and *J. Bertram Wegman* for peti-
tioner.   *Solicitor General Rankin, Assistant Attorney
General Wilkey* and *Robert S. Erdahl* for the United
States.